UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,       )
                                    )   CASE NUMBER
            PLAINTIFF,              )   05-60021-CR-COHN
                                    )
     VS.                            )
                                    )
CHAD LIVDAHL, AND                   )   THIS VOLUME:
ZARAH KARIM,                        )   PAGES 1 - 87
                                    )
            DEFENDANTS.             )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD BEFORE THE HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON WEDNESDAY, FEBRUARY 23, 2005, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:     ROBIN S. ROSENBAUM, A.U.S.A., AND
                        GEORGE M. KARAVESSOS, A.U.S.A.

FOR DEFENDANT LIVDAHL:  FRED HADDAD, ESQ.

FOR DEFENDANT KARIM:    JEFFREY HARRIS, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 05-60021-CR-Cohn

## ATTACHMENT TO DOCKET ENTRY: 40

## NOT SCANNED

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ STATE COURT RECORD (HABEAS CASES)
- ☒ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (i.e. hand written, legal size, light print, etc.)

## PLEASE REFER TO COURT FILE