```
            FILED by _EG_ D.C.
            ELECTRONIC
               Apr 8 2005
            CLARENCE MADDOX
            CLERK U.S. DIST. CT.
            S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-60021-CR-COHN/SNOW

UNITED STATES OF AMERICA,

vs.

CHAD LIVDAHL, ZARAH KARIM, a/k/a
    "Anna Tessem," a/k/a "Sasha,"
BACH McCOMB,
ROBERT BAKER,
TOXIN RESEARCH INTERNATIONAL, INC.,
POWDERZ, INC.,
Z-SPA, INC., and
THE COSMETIC PHARMACY, INC.

    Defendants.

_____/

## MOTION FOR SUBSTITUTION OF COUNSEL

DEFENDANT CHAD LIVDAHL ("Dr. Livdahl") moves this Honorable Court to substitute as counsel of record Mitchell S. Fuerst, Esq., Benjamin L. England, Esq., and Christopher B. Tillson, Esq. of the law firm Rodriguez O'Donnell Ross Fuerst Gonzalez Williams & England, P.C., in lieu of Fred Haddad, Esq. of the Law Offices of Fred Haddad.

**IN SUPPORT THEREOF**, it is respectfully shown unto the Court:

1.    On March 4, 2005, Fred Haddad, Esq. filed and served his Appearance As Attorney Of Record, on behalf of Dr. Livdahl. A copy of the Appearance As Attorney Of Record is attached hereto as Exhibit "A."

2.    On March 31, 2005, Dr. Livdahl terminated the services of Fred Haddad, Esq. in the form of a formal letter of termination.

1

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO ♦ 1001 BRICKELL BAY DRIVE ♦ MIAMI  FLORIDA 33131
PHONE 305-350-5690 ♦ FAX 305-371-8989 ♦ E-MAIL mfuerst@rorfgw.com

1 of 7                                                                                      135/ss

3. On April 1, 2005, Fred Haddad, Esq. received the aforementioned letter, establishing his notice of termination.

4. Dr. Livdahl respectfully requests that this Honorable Court enter the appearances of Mr. Fuerst, Mr. England, and Mr. Tillson as counsel of record, thus relieving Mr. Haddad of all duties in this case.

5. The appearances of Mr. Fuerst, Mr. England, and Mr. Tillson are permanent appearances through and including trial, and excluding any appeal.

6. A proposed order is attached hereto as Exhibit "B" for the Court's convenience.

WHEREFORE, Dr. Livdahl respectfully prays that this Honorable Court enter an Order granting Dr. Livdahl's Motion For Substitution Of Counsel, specifically ruling that

(A) Mitchell S. Fuerst, Esq., Benjamin L. England, Esq., and Christopher B. Tillson, Esq. of the law firm Rodriguez O'Donnell Ross Fuerst Gonzalez Williams & England, P.C., are substituted as counsel of record for the DEFENDANT CHAD LIVDAHL, thus relieving Fred Haddad, Esq. of all further duties in this case; and

(B) The appearances of Mr. Fuerst, Mr. England, and Mr. Tillson are permanent appearances through and including trial, and excluding any appeal.

Respectfully submitted,

*/s/ Christopher B. Tillson*_____
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Benjamin L. England, Esq.
Florida Bar No. 239770
Christopher B. Tillson, Esq.
Florida Bar No. 0661961
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.

2

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO ♦ 1001 BRICKELL BAY DRIVE ♦ MIAMI  FLORIDA 33131
PHONE 305-350-5690 ♦ FAX 305-371-8989 ♦ E-MAIL mfuerst@rorfgw.com

2 of 7

CASE NO:  05-60021-CR-COHN/SNOW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**MOTION FOR SUBSTITUTION OF COUNSEL**

was served on April 11, 2005 by mail upon Assistant United States Attorney George Karavetsos and Assistant United States Attorney Robin S. Rosenbaum of the Office of the United States Attorney, 500 East Broward Blvd., Suite 700, Fort Lauderdale, FL  33394; Jeffrey M. Harris, Esq., Jeffrey M. Harris, P.A., Suite 925 – SouthTrust Tower, One East Broward Boulevard, Fort Lauderdale, Florida  33301; Fred Haddad, Esq., Fred Haddad, P.A., One Financial Plaza, Suite 2612, Fort Lauderdale, Florida  33394; Jane Serene Raskin, Esq., Raskin & Raskin, P.A., 2601 South Bayshore Drive, Suite 600, Miami, Florida  33133-3703; Bernard Pafunda, Esq., Pafunda Law Offices, 175 East Main Street, Suite 600, Lexington, Kentucky  40507; Jose M. Herrera, Esq., 1401 Ponce de Leon Blvd., Suite 200, Coral Gables, FL  33134; and Emilio Benitez, Esq., Emilio Benitez, P.A., 600 S. Andrews Ave., Suite 403, Fort Lauderdale, FL  33301.

> */s/ Christopher B. Tillson*
> Mitchell S. Fuerst, Esq.
> Florida Bar No. 264598
> Benjamin L. England, Esq.
> Florida Bar No. 239770
> Christopher B. Tillson, Esq.
> Florida Bar No. 0661961
> Rodriguez O'Donnell Ross Fuerst
>  Gonzalez Williams & England, P.C.
> 1001 Brickell Bay Drive
> Suite 2002
> Miami, FL  33131
> 305-350-5690 (o)
> 305-371-8989 (f)
> mfuerst@rorfgw.com
> bengland@rorfgw.com
> ctillson@rorfgw.com

3

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO  ♦  1001 BRICKELL BAY DRIVE  ♦  MIAMI  FLORIDA 33131
PHONE 305-350-5690  ♦  FAX 305-371-8989  ♦  E-MAIL mfuerst@rorfgw.com

3 of 7

# Exhibit "A"

## MOTION FOR SUBSTITUTION OF COUNSEL

April 8, 2005

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO ♦ 1001 BRICKELL BAY DRIVE ♦ MIAMI FLORIDA 33131
PHONE 305-350-5690 ♦ FAX 305-371-8989 ♦ E-MAIL mfuerst@rorfgw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60021CR-COHN

UNITED STATES OF AMERICA,

-vs-

CHAD LIVDAHL,
    Defendant.
_____/



## APPEARANCE AS ATTORNEY OF RECORD

TO THE CLERK OF THE ABOVE COURT:

You will please enter my appearance this date as attorney of record for the Defendant aforesaid in the above-styled cause.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Robin Rosenbaum, Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394 and to Jeffrey Harris, Esq., One E. Broward Blvd. Suite 925, Fort Lauderdale, Florida 33301, this 4th day of March, 2005.

FRED HADDAD, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel:   [954] 467-6767
Fax:  [954] 467-3599

By: _____
    FRED HADDAD
    Florida Bar No. 180891

# Exhibit "B"

## MOTION FOR SUBSTITUTION OF COUNSEL

April 8, 2005

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO ♦ 1001 BRICKELL BAY DRIVE ♦ MIAMI FLORIDA 33131
PHONE 305-350-5690 ♦ FAX 305-371-8989 ♦ E-MAIL mfuerst@rorfgw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-60021-CR-COHN/SNOW

UNITED STATES OF AMERICA,

vs.

CHAD LIVDAHL, ZARAH KARIM, a/k/a
"Anna Tessem," a/k/a "Sasha,"
BACH McCOMB,
ROBERT BAKER,
TOXIN RESEARCH INTERNATIONAL, INC.,
POWDERZ, INC.,
Z-SPA, INC., and
THE COSMETIC PHARMACY, INC.

   Defendants.
_____/

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

THIS MATTER having come before the Court upon the filing of DEFENDANT CHAD LIVDAHL'S Motion For Substitution Of Counsel and the Court having reviewed the file and the moving paper, and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. Mitchell S. Fuerst, Esq., Benjamin L. England, Esq., and Christopher B. Tillson, Esq. of the law firm Rodriguez O'Donnell Ross Fuerst Gonzalez Williams & England, P.C., are substituted as counsel of record for the DEFENDANT CHAD LIVDAHL, thus relieving Fred Haddad, Esq. of all further duties in this case; and

2. The appearances of Mr. Fuerst, Mr. England, and Mr. Tillson are permanent appearances through and including trial, and excluding any appeal.

DONE and ORDERED in Chambers at Miami, Florida this ____ day of April, 2005.

Copies furnished to:
All Counsel of Record

_____
UNITED STATES DISTRICT JUDGE
JAMES I. COHN

1