UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60021-CR-COHN(s)/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHAD LIVDAHL, et al.,

    Defendants.
_____/

**O R D E R**

THIS CAUSE is before the Court on counsel Benjaman England's Motion to Appear *Pro Hac Vice* (DE 173) for defendants **Chad Livdahl, Toxin Research, Powder Z, Z-Spa and The Cosmetic Pharmacy.** Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Benjamin England, Esquire, is hereby permitted to enter a limited appearance for purposes of representing defendants **Chad Livdahl, Toxin Research, Powder Z, Z-Spa and The Cosmetic Pharmacy** in this cause; Christopher Tillson, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 16th day of March, 2005.

                                          LURANA S. SNOW
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List



**SERVICE LIST**

**CASE NO. 05-60021-CR-COHN(s)/SNOW**

AUSA Robin Rosenbaum (FTL)
AUSA George Karavetsos (MIA)
Jeffrey Harris, Esq. (D-Karim)
Jose Herrera, Esq. (D-Bach)
Emilio Benitez, Esq. (D-Bach)
Christopher Tillson, Esq. (D-Livdahl, Toxin, Powderz, Z-Spa,
             Cosmetic and Local Counsel for England)
Benjamin England, Esq. (D-Livdahl, Toxin, Powderz, Z-Spa and
             Cosmetic and Local Counsel for England)
1211 Connecticut Avenue, NW
Suite 800
Washington, DC  20036

(202) 293-3300 (O)
(202) 293-3307 (F)

Jane Raskin, Esq. (D-Baker and Local Counsel for Pafunda)
Bernard Pafunda, Esq. (D-Baker)


Ms. Catherine Wade (MIA)
   Executive Service Administrator